# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Casey Lynn Campbell | ) | Case No. 18-10954 (BLS) |
| | ) | |
| Chapter 13 Debtor. | ) | |

## NOTICE OF ADDRESS CHANGE OF CREDITOR

1. PLEASE TAKE NOTICE that the captioned address for the creditor *Loancare Servicing* is now: PO BOX 37268; Philadelphia, PA 19101.

2. PLEASE TAKE FURTHER NOTICE that all documents served upon the same should be directed to this address.

3. PLEASE TAKE FURTHER NOTICE that a copy of this document was served on all parties that have appeared in this proceeding.

August 3, 2018                                           BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (DE Bar No. 5263)
922 New Road; 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*